IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41376
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GORDON DAVIS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-122-7
- - - - - - - - - -
October 23, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges

PER CURIAM:[*]

     Gordon Davis appeals his conviction for conspiracy and
possession with intent to distribute marijuana.  His argument
that the evidence was insufficient to prove his identity is
wholly unsupported by the record and is without merit because
identity was not an issue at trial.  His argument regarding the
district court's admission of testimony connecting him to a gun
is meritless.  The admission of evidence tending to show the
existence of the conspiracy and the falsity of a defendant's
version of events is not an abuse of discretion.  See e.g.,

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

United States v. Walker, 710 F.2d 1062, 1066 (5th Cir. 1983).  In addition, such evidence is probably intrinsic to the offenses charged, and therefore admissible.  See United States v. Ridlehuber, 11 F.3d 516, 522 (5th Cir. 1993).  Similarly meritless is Davis' argument that the district court erred in questioning a witness who was an informant about payment he received from the government.  The questions were aimed at clarifying the informant's proprietary interest in testifying, and thus were not prejudicial.  The district court did not plainly err in questioning the witness.  See United States v. Bermea, 30 F.3d 1539, 1569 (5th Cir. 1994).

AFFIRMED.